# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF TENNESSE

| | |
|---|---|
| Mitchell Binder and King Baby Studio, Inc. <br> *Plaintiff* <br> v. <br> Blacksmith & Co. Limited, Billy Huxley and Does 1-10, Inclusive <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:16-2493 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Billy Huxley
address unknown

TO BE SERVED BY PRIVATE PROCESS SERVER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David G. Thompson
Neal & Harwell, PLC
150 Fourth Avenue North, Suite 2000
Nashville, TN 37219
(615) 244-1713

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/19/2016

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Mitchell Binder and King Baby Studio, Inc. <br> _Plaintiff_ <br> v. <br> Blacksmith & Co. Limited, Billy Huxley and Does 1-10, Inclusive <br> _Defendant_ | ) ) ) ) ) ) ) ) Civil Action No. 3:16-2493 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Blacksmith & Co. Limited
54 North End, Longhoughton, Alnwick, UK NE663JP

TO BE SERVED BY PRIVATE PROCESS SERVER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David G. Thompson
Neal & Harwell, PLC
150 Fourth Avenue North, Suite 2000
Nashville, TN 37219
(615) 244-1713

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 19 2016

_____
*Signature of Clerk or Deputy Clerk*